In the Matter of the Claim of G. WARD YEOMANS, Appellant, against EASTERN ROCK PRODUCTS, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision of September 9, 1935 [not reported], denying motion to dismiss appeal, vacated and set aside. Motion to dismiss appeal granted, unless appellant perfects appeal, files and serves printed record and brief, on or before October 15, 1935, and is ready for argument at the term commencing October twenty-eighth, in which event the motion is denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of THE INDUSTRIAL COMMISSIONER, Arising out of the Death of EDWARD W. PEIFFER, Deceased, Respondent, against UNDERWOOD ELLIOTT FISHER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument granted. [See ante, p. 347.] Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of LAURA A. STILSON, Respondent, against SCOTT E. LITTLEWOOD, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

EDWARD ANTENEN, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BANKERS TRUST COMPANY and LOUIS DEAN SPEIR, as Executors, etc., of EPHRAIM L. CORNING, Deceased, Appellants, for a Mandamus Order against MARK GRAVES and Others, Constituting the State Tax Commission, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of NEW YORK STATE ELECTRIC AND GAS CORPORATION and Others, Petitioners, for a Certiorari Order against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK and MILO R. MALTBIE and Others, as Public Service Commissioners of the State of New York, Constituting as such the Public Service Commission of the State of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.